

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00225-CV

_____

SHAMROCK MANAGEMENT, LLC, Appellant

V.

DUNE ENERGY, INC., Appellees

Appeal from the County Court at Law No. 1 of Galveston County (Tr. Ct. No. CV-0059024-A)

**TO THE COUNTY COURT AT LAW NO. 1 OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 29th day of January, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After due consideration, the Court **grants** the parties' joint motion to vacate the trial court judgment, remand for further proceedings and discharge the surety on the supersedeas bond pursuant to settlement.   Accordingly, the Court **vacates** the trial court's judgment without regard to the merits, and **remands** the case to the trial court for rendition of judgment in accordance with the parties' agreement.   The clerk of the trial

court shall release the surety from further liability on the supersedeas bond filed in the case.

The Court **orders** that appellate costs are taxed against the party incurring same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 29, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 29, 2015
_____

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

